THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sharon Richey,       
Appellant.
 
 
 

Appeal From Pickens County
C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-090
Submitted February 1, 2005  Filed February 8, 2005 

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  On March 19, 2003, Sharon Richey 
 pled guilty to three counts of distribution of methamphetamine and one count 
 of possession of methamphetamine.  She was sentenced to concurrent sentences 
 of 12 years imprisonment and ordered to pay a $25,000 fine.  Richey appeals, 
 arguing her guilty plea did not comply with the mandates set forth in Boykin 
 v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Richey has filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting 
 that there are no meritorious grounds for appeal and requesting permission to 
 withdraw from further representation.  Richey has not filed a pro se 
 response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
ANDERSON, BEATTY, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.